**IN THE UNITED STATES DISTRICT COURT**
**FOR WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-00412-RJC-DSC**

| | |
|---|---|
| **ANDRITZ HYDRO CORP., et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PPL MONTANA, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

_____

**THIS MATTER** is before the Court on the "Application(s) for Admission to Practice Pro Hac Vice [for Robert M. Rolfe and Brian Wright" ] (documents ## 3-4) filed July 18, 2013. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: July 19, 2013

_____

David S. Cayer
United States Magistrate Judge