# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00412-RJC-DSC

| | |
|---|---|
| **ANDRITZ HYDRO CORP., et. al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **PPL MONTANA, LLC,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Michael C. Castellon]" (document # 46) filed December 3, 2013. For the reasons set forth therein, the Motion will be granted. Should Mr. Castellon become a witness in this matter, the Court will address the issue when it arises.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 4, 2013

David S. Cayer
United States Magistrate Judge