IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:13-cv-00412-RJC-DSC

| | |
|---|---|
| **ANDRITZ HYDRO CORP. f/k/a VA TECH HYDRO USA CORP. AND ANDRITZ (USA) INC.,** <br><br> Plaintiffs, <br><br> v. <br><br> **PPL MONTANA, LLC and PPL ENERGY SUPPLY, LLC** <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants' "Motion to Transfer Venue for the Consolidation of Cases" (document #51) and the parties' briefs and exhibits. See documents ##52, 54-57.

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), and is now ripe for the Court's consideration.

Defendants' Motion to Transfer Venue is based solely upon their claim that Plaintiffs violated the terms of a tolling agreement. The issues involving the tolling agreement and the proper venue for this matter are squarely presented in Defendants" "Motion for Partial Summary Judgment to Enforce Tolling Agreement" (document #37) and "Plaintiffs' Motion to Enjoin Prosecution of Later-Filed Action" (document #49). These Motions are pending before the presiding District Judge.

Accordingly, Defendants' "Motion to Transfer Venue for the Consolidation of Cases" (document #51) is <u>denied</u> as duplicative of the other pending Motions. Denial is <u>without</u>

1

<u>prejudice</u> to Defendants' right to renew their Motion to Transfer Venue once the other Motions are resolved.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED.**

Signed: February 13, 2014

David S. Cayer
United States Magistrate Judge