# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Civil Action No.: 3:13-cv-00412-RJC-DSC

| | |
|---|---|
| **ANDRITZ HYDRO CORP. f/k/a VA TECH HYDRO USA CORP. AND ANDRITZ (USA) INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PPL MONTANA, LLC, and PPL ENERGY SUPPLY, LLC,**<br><br>Defendants. | **ORDER** |

Upon consideration of the Joint Motion of All Parties for Modification of Deadlines in Pretrial Order, it is hereby **ORDERED** that the Motion is **GRANTED.**

Deadlines as set forth in the Pretrial Order and Case Management Plan are hereby modified as follows:

1. Expert reports will be exchanged on February 3, 2015;
2. Expert rebuttal reports will be exchanged on March 20, 2015;
3. All discovery shall be completed on May 1, 2015; and
4. Dispositive motions will be filed on or before May 29, 2015.

All other deadlines and provisions of the Pretrial Order and Case Management Plan remain the same, including the trial of this matter set for September 8, 2015.

**SO ORDERED**.

Signed: June 27, 2014

David S. Cayer
United States Magistrate Judge